IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AFLAC INCORPORATED,<br>Defendant. | § § § § § § § § | EP-24-CV-00464-DB |

### FINAL JUDGMENT

On this day, the Court entered an order dismissing all claims against Defendant Aflac Incorporated in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the claims against Aflac Incorporated are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk's Office for the Western District of Texas **CLOSE** this case.

SIGNED this _8th_ day of APRIL 2025.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE